Commonwealth v. Miller, Appellant.

Submitted June 12, 1969. *John Rogers Carroll,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth v. Monroe, Appellant.

Submitted June 12, 1969. *Martin W. Bashoff,* for appellant; *Robert B. Mozenter* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth v. Murray, Appellant.

Submitted June 11, 1969. *John McCrea,* and *McCrea & McCrea,* for appellant; *Harold E. Sheely,* District Attorney, for Commonwealth, appellee.

Judgment and sentence affirmed.